JAP:MMH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

LYNDA LATOYA HAMILTON,

               Defendant.

- - - - - - - - - - - - - - - - -X

12 m 723

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C. § 751(a))

EASTERN DISTRICT OF NEW YORK, SS:

      MIGUELINA GUZMAN, being duly sworn, deposes and states that she is a Deputy United States Marshal duly appointed according to law and acting as such.

      Upon information and belief, on or about July 31, 2012, within the Eastern District of New York and elsewhere, the defendant LYNDA LATOYA HAMILTON, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

      (Title 18, United States Code, Section 751(a)).

      The source of your deponent's information and the grounds for her belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

1. On or about January 26, 2007, the defendant LYNDA LATOYA HAMILTON was sentenced by Judge Henry E. Hudson of the United States District Court for the Eastern District of Virginia to a term of 108 months' imprisonment, followed by five years of supervised release, and remanded to the custody of the Attorney General of the United States. The defendant was sentenced in connection with a conviction for possession with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 841.

2. On or about May 23, 2012, the defendant LYNDA LATOYA HAMILTON was transferred from U.S.P. Hazelton (Female) in Bruceton Mills, West Virginia to the Brooklyn Residential Reentry Center ("BRRC"). The defendant's term of custody was scheduled to be completed on April 9, 2013.

3. On or about July 30, 2012, the defendant LYNDA LATOYA HAMILTON was issued an Incident Report for "Threatening Another with Bodily Harm." During the disciplinary hearing process, on or about July 31, 2012, the defendant admitted to the charge and stated, in sum and substance, "Just send me back to jail. I'm tired of this." As the defendant walked out of the office, she asked if family members could retrieve her property.

4. At approximately 4:04 p.m. on July 31, 2012, the defendant LYNDA LATOYA HAMILTON approached the BRRC Control Desk with two bags and continued to walk toward the exit of the

facility. The Resident Monitor advised the defendant not to depart. The defendant ignored the Resident Monitor and left the facility. The defendant was not authorized to depart the premises. Therefore, the defendant was placed on escape status effective July 31, 2012 at 4:04 p.m.

5. As of this date, the defendant LYNDA LATOYA HAMILTON has failed to return to the BRRC.

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant LYNDA LATOYA HAMILTON so that she may be dealt with according to law.

MIGUELINA GUZMAN
Deputy Marshal
U.S. Marshals Service

Sworn to before me this
2nd day of August, 2012

s/Mann

HONORAB... /DGE
UNITED
EASTERN ...K